| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0644 1:08CR00001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:14-00083-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bryon Ray Gibbs | Western District Of Kentucky | Bowling Green |
| | NAME OF SENTENCING JUDGE | |
| | Joseph H. McKinley Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 4/23/2014 — TO 4/22/2017 |

OFFENSE
Bank Robbery - Aiding and Abetting [18 USC 2113(a)( & 2]

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Middle District of Tennessee - Cookeville___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 7, 2014
*Date*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___TENNESSEE___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-21-14
*Effective Date*

*United States District Judge*